United States Bankruptcy Court
District of Connecticut

In re:  
Dave E. Thompson  
     Debtor

Case No. 19-20190-jjt  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-2      User: kborton      Page 1 of 1      Date Rcvd: Jul 26, 2019  
                               Form ID: pdfdoc2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
db          +Dave E. Thompson,   221 Garden Street,   Hartford, CT 06105-1464

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           U.S. Bank National Association, as Trustee for BNC  
                                                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:  
           Jonathan G. Cohen    on behalf of Debtor Dave E. Thompson jgcohen@yahoo.com,  
            r46021@notify.bestcase.com  
           Linda St. Pierre    on behalf of Creditor   U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1  
            bankruptcyecfmail@mccalla.com,   Linda.St.Pierre@mccalla.com  
           Patrick Crook    on behalf of Trustee Roberta  Napolitano pcrook@ch13rn.com  
           Roberta Napolitano    notices@ch13rn.com,   rnapolitano13@ecf.epiqsystems.com  
           Saul Oscar Leopold    on behalf of Creditor   U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1  
            sleopold@leopoldassociates.com,  
            ecf@leopoldassociates.com;kmcculloughday@leopoldassociates.com;mmorais@leopoldassociates.com;jmilanese@leopoldassociates.com  
           U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV  
                                                                                                                                  TOTAL: 6

Connecticut Local Form Order B315                                                                                                                            Revised 05/2019

# United States Bankruptcy Court
## District of Connecticut



In re:    Dave E. Thompson

Debtor*

Case Number: 19-20190
Chapter: 13

### ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a First Amended Chapter 13 Plan, on May 13, 2019 (ECF No. 20). The First Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the First Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's First Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $1269.62 monthly beginning on August 8, 2019, for a period of 60 months, and until a 100% dividend is paid; and it is further

**ORDERED**: In addition interest shall be paid, if applicable, as follows: (1) 1.94%, the Federal Judgment Rate, to creditors holding allowed unsecured non-tax claims; (2) 18% interest per annum to creditors holding priority and general unsecured, municipal tax claims; (3) 12% interest per annum to the State of Connecticut Department of Revenue Service's priority and general unsecured state tax claims; and, (4) 6% interest per annum to the Internal Revenue Service's priority and general unsecured, federal tax claims; and it is further

**ORDERED:** The student loans will be paid outside of the Plan; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney shall seek allowance of attorney's fees in the amount of $4,000.00 and expenses in the amount of $350.00, of which $1,650.00, has been paid, leaving $2,700.00 due and payable through the Debtor's confirmed First Amended Plan.. An application for compensation is to be filed no later than August 26, 2019.

After entry of an order allowing said fees pursuant to 11 U.S.C. § 330, the Trustee, or the Debtor, may pay any unpaid, allowed fees.

Dated:  July 25, 2019

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.