ct 141

03/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    Dave E. Thompson

    Debtor*

Case Number: 19-20190

Chapter: 13

## ORDER GRANTING MOTION TO REOPEN CASE

Pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, Dave E. Thompson (the "Movant"), filed a Motion to Reopen the above-referenced case (the "Motion", ECF No. 94), and it appearing that the relief sought in the Motion should be granted; it is hereby

**ORDERED:** The Motion is **GRANTED** and the case is reopened; and it is further

**ORDERED:** An Application for Entry of Discharge as set forth in the motion to reopen may now be filed on the case docket. Any motion to Application for Entry of Discharge filed prior to the entry of this order reopening case is hereby deemed moot. The clerk's office is directed to make a notation on any such motion in accordance with this order; and it is further

**ORDERED:** The automatic stay is not reinstated, and no trustee shall be appointed.

Dated:  July 26, 2024

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

* For the purposes of this order, "Debtor" means "Debtors" where applicable.