Fill in this information to identify the case:

Debtor 1 __Dave E. Thompson__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __District of Connecticut__

Case number __19-20190-JJT__

Form 4100R
# Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association et al

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 6 2 4 0

**Property address:** 221 Garden Street
Number   Street

_____

Hartford         CT    06105
City             State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 1,253.72

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 2,628.12
see PPFNs filed 08/10/19 and 04/12/24

c. **Total.** Add lines a and b.   (c) $ 3,881.84

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  04/01/2024
MM / DD / YYYY

Debtor 1  **Dave E. Thompson**
         First Name   Middle Name   Last Name

Case number (*if known*) 19-20190-JJT

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ David A. Shaw
Signature

Date  04/22/2024

Print  **David A. Shaw, Esq. (CT00417)**
       First Name   Middle Name   Last Name

Title  Attorney

Company  Demerle Hoeger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  10 City Square, 4th Floor
         Number        Street
         Boston                   MA       02129
         City                     State    ZIP Code

Contact phone  (617) 337-4444

Email  Bankruptcy@DHNewEngland.com

**Borrower Name:** DAVID THOMPSON
**Loan #:**
**Case #:** 19-20190

| DATE REC'D | DUE DATE | TOTAL PAID | TOTAL PAYMENT DUE | UNAPPLIED BALANCE |
|---|---|---|---|---|
| 02/08/19 | Due for 03/01/2019<br>Total Pmnt: $1645.66 | 0.00 | 0.00 | 0.00 |
| 03/06/19 | 03/01/19 | 1645.66 | 1645.66 | 0.00 |
| 04/09/19 | 04/01/19 | 1645.66 | 1645.66 | 0.00 |
| 05/14/19 | 05/01/19 | 1645.66 | 1645.66 | 0.00 |
| 06/20/19 | 06/01/19 | 3291.32 | 1645.66 | 1645.66 |
| 06/20/19 | 07/01/19 | 0.00 | 1645.66 | 0.00 |
| 07/12/19 | 08/01/19 | 1645.66 | 1645.66 | 0.00 |
| 08/13/19 | 09/01/19 | 1645.66 | 1645.66 | 0.00 |
| 09/12/19 | 10/01/19 | 1645.66 | 1645.66 | 0.00 |
| 10/10/19 | 11/01/19 | 1645.66 | 1645.66 | 0.00 |
| 11/13/19 | 12/01/19 | 1645.66 | 1645.66 | 0.00 |
| 12/12/19 | 01/01/20 | 1645.66 | 1645.66 | 0.00 |
| 01/13/20 | 02/01/20 | 1645.66 | 1645.66 | 0.00 |
| 02/11/20 | 03/01/20 | 1645.66 | 1645.66 | 0.00 |
| 03/12/20 | 04/01/20 | 1645.66 | 1645.66 | 0.00 |
| 04/17/20 | 05/01/20 | 1645.66 | 1645.66 | 0.00 |
| 05/30/20 | 06/01/20 | 2000.00 | 1645.66 | 354.34 |
| 06/11/20 | 07/01/20 | 2000.00 | 1645.66 | 708.68 |
| 07/14/20 | 08/01/20 | 2000.00 | 1645.66 | 1063.02 |
| 08/12/20 | 09/01/20 | 2000.00 | 1645.66 | 1417.36 |
| 09/15/20 | 10/01/20 | 2000.00 | 1645.66 | 1771.70 |
| 10/12/20 | 11/01/20 | 2000.00 | 1645.66 | 2126.04 |
| 11/16/20 | 12/01/20 | 2000.00 | 1645.66 | 2480.38 |
| 11/16/20 | 01/01/21 | 0.00 | 1645.66 | 834.72 |
| 12/10/20 | 02/01/21 | 2000.00 | 1645.66 | 1189.06 |
| 01/08/21 | 03/01/21 | 2000.00 | 1645.66 | 1543.40 |
| 02/10/21 | 04/01/21 | 2000.00 | 1645.66 | 1897.74 |
| 03/10/21 | 05/01/21 | 2000.00 | 1645.66 | 2252.08 |
| 04/08/21 | 06/01/21 | 2000.00 | 1645.66 | 2606.42 |
| 04/08/21 | 07/01/21 | 0.00 | 1645.66 | 960.76 |
| 05/13/21 | 08/01/21 | 2000.00 | 1645.66 | 1315.10 |
| 06/15/21 | 09/01/21 | 2000.00 | 1645.66 | 1669.44 |
| 07/15/21 | 10/01/21 | 2000.00 | 1645.66 | 2023.78 |
| 08/16/21 | 11/01/21 | 2000.00 | 1645.66 | 2378.12 |
| 08/16/21 | 12/01/21 | 0.00 | 1645.66 | 732.46 |
| 09/10/21 | 01/01/22 | 2000.00 | 1645.66 | 1086.80 |
| 11/12/21 | 02/01/22 | 2000.00 | 1645.66 | 1441.14 |
| 12/09/21 | 03/01/22 | 2000.00 | 1645.66 | 1795.48 |
| 01/10/22 | 04/01/22 | 2000.00 | 1645.66 | 2149.82 |
| 02/10/22 | 05/01/22 | 2000.00 | 1645.66 | 2504.16 |
| 03/10/22 | 06/01/22 | 2000.00 | 1645.66 | 2858.50 |
| 03/10/22 | 07/01/22 | 0.00 | 1645.66 | 1212.84 |
| 04/08/22 | 08/01/22 | 2000.00 | 1645.66 | 1567.18 |
|  | Due for 09/01/2022<br>Total Pmnt: $1253.72 | 0.00 | 0.00 | 1567.18 |
| 04/08/22 | 09/01/22 | 0.00 | 1253.72 | 313.46 |
| 05/10/22 | 10/01/22 | 2000.00 | 1253.72 | 1059.74 |
| 06/09/22 | 11/01/22 | 2000.00 | 1253.72 | 1806.02 |
| 07/11/22 | 12/01/22 | 2000.00 | 1253.72 | 2552.30 |
| 07/11/22 | 01/01/23 | 0.00 | 1253.72 | 1298.58 |
| 10/20/22 | 02/01/23 | 2000.00 | 1253.72 | 2044.86 |
| 11/14/22 | 03/01/23 | 2000.00 | 1253.72 | 2791.14 |
| 12/28/22 | 04/01/23 | 2000.00 | 1253.72 | 3537.42 |
| 01/26/23 | 05/01/23 | 2000.00 | 1253.72 | 4283.70 |
| 02/28/23 | 06/01/23 | 1200.00 | 1253.72 | 4229.98 |

| | | | | |
|---|---|---|---|---|
| 04/18/23 | 07/01/23 | 2000.00 | 1253.72 | 4976.26 |
| 04/18/23 | 08/01/23 | 0.00 | 1253.72 | 3722.54 |
| 04/18/23 | 09/01/23 | 0.00 | 1253.72 | 2468.82 |
| 04/18/23 | 10/01/23 | 0.00 | 1253.72 | 1215.10 |
| 05/24/23 | **Transfer to SN** | 0.00 | 0.00 | 1215.10 |
| 10/23/23 | 11/01/23 | 1253.72 | 1253.72 | 1215.10 |
| 10/23/23 | 12/01/23 | 0.00 | 1215.10 | (0.00) |
| 03/15/24 | 01/01/24 | 1254.00 | 1253.72 | 0.28 |
| 03/27/24 | 02/01/24 | 1253.72 | 1253.72 | 0.28 |
| 03/27/24 | 03/01/24 | 1253.72 | 1253.72 | 0.28 |
| 03/27/24 | Late Charge Pmnt | 0.00 | 0.28 | (0.00) |
| | | 0.00 | 0.00 | (0.00) |
| | Due for 04/01/2024 | 0.00 | 0.00 | (0.00) |
| | | 0.00 | 0.00 | (0.00) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>DAVE E. THOMPSON,<br><br>　　　Debtor(s). | Chapter 13<br>Case No. 19-20190-JJT |

**CERTIFICATE OF SERVICE**

I, David A. Shaw, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 22nd day of April, 2024 served on behalf of U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, as serviced by SN Servicing Corporation a <u>Disagreed Response to Notice of Final Cure Payment</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| | |
|---|---|
| Dave E. Thompson<br>221 Garden Street<br>Hartford, CT 06105 (M) | Jonathan G. Cohen<br>2 Congress Street<br>Hartford, CT 06114 (ECF) |
| Roberta Napolitano<br>Chapter 13 Trustee<br>10 Columbus Boulevard<br>Ste 6th Floor<br>Hartford, CT 06106 (ECF) | U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 (ECF) |
| Patrick Crook<br>10 Columbus Boulevard, 6th Floor<br>Hartford, CT 06106 (ECF) | PHH Mortgage Corporation<br>PO Box 24605<br>West Palm Beach, FL 33416 (ECF) |
| | |

| Saul Oscar Leopold           | Linda St. Pierre                   |
| Leopold & Associates, PLLC   | McCalla Raymer Leibert Pierce, LLC |
| 80 Business Park Drive       | 50 Weston Street                   |
| Suite 110                    | Hartford, CT 06120 (ECF)           |
| Mamaroneck, NY 10504 (ECF)   |                                    |

*/s/ David A. Shaw*
David A. Shaw, Esq.